## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

LADON HAYGOOD,

        Defendant.

No. 20 CR 694

Judge John F. Kness

## ORDER

Defendant LADON HAYGOOD and the United States have stated their preference to proceed with a change of plea hearing by remote means.

The Court grants the request and will proceed by videoconference. Through this Order, the Court memorializes the required findings under Section 15002(b)(2)(A) of the CARES Act, Pub. L. No. 116-136, 134 Stat. 281.

By the Fourth Amended General Order 20-0022 dated March 30, 2021, the Chief Judge of the Northern District of Illinois found that felony pleas under Rule 11 of the Federal Rules of Criminal Procedure and felony sentencings cannot be conducted in person in this District without seriously jeopardizing public health and safety.

Under Section 15002(b)(2)(A), the assigned judge finds that, because the parties have jointly expressed their desire to advance the case expeditiously, further delay of the plea hearing would cause serious harm to the interests of justice.

For these reasons, and consistent with Section 15002(b)(2)(A) of the CARES Act, the change of plea hearing presently scheduled for July 2, 2021 will proceed by videoconference.

Date: July 2, 2021

_____
JOHN F. KNESS
United States District Judge